No. 84–427.  MOORE v. SHULTZ, SECRETARY OF STATE, ET AL. C. A. D. C. Cir.  Motion of petitioner to defer consideration of the petition for writ of certiorari denied.  Certiorari denied.

No. 84–453.  CALIFORNIA v. MCCOVEY ET AL.  Sup. Ct. Cal. Motion of respondent Walter J. McCovey, Jr., for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 84–466.  OHIO v. BURKHOLDER.  Sup. Ct. Ohio.  Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 84–491.  CHEVRON CHEMICAL CO. v. FEREBEE ET AL. C. A. D. C. Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 84–503.  ADAMS ET AL. v. UNION CARBIDE CORP.  C. A. 6th Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 84–5134.  SERITT v. ALABAMA.  C. A. 11th Cir.  Certiorari denied.  JUSTICE MARSHALL would grant certiorari.